UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE GRIFFITH, FRANCES GRIFFITH,<br><br>                    Plaintiffs,<br><br>        v.<br><br>FCA US, LLC,<br><br>                    Defendant. | Case No.  1:21-cv-01381-ADA-HBK<br><br>AMENDED CASE MANAGEMENT AND SCHEDULING ORDER |

On November 17, 2022, the undersigned held a telephonic mid-discovery conference. Plaintiffs' Counsel David Barry and Defendant's Counsel Scott Shepardson were both present. (Doc. No. 15). During the conference, the Court advised counsel it would issue an amended case management and scheduling order due to the reassignment of the case to United States District Judge Ana de Alba.

Accordingly, it is **ORDERED**:

1. All dispositive pre-trial motions shall be filed **no later than June 12, 2023** and heard pursuant to the Local Rules in Courtroom 1, Eighth Floor before United States District Judge Ana de Alba. In scheduling such motions, counsel shall comply with Fed. R. Civ. P 56 and

1  Local Rules 230 and 260. Prior to filing a motion for summary judgment or motion for summary
2  adjudication, the parties are ORDERED to meet, in person or by telephone, and confer to discuss
3  the issues to be raised in the motion. The purpose of the meeting shall be to: 1) avoid filing
4  motions for summary judgment where a question of fact exists; 2) determine whether the
5  respondent agrees that the motion has merit in whole or in part; 3) discuss whether issues can be
6  resolved without the necessity of briefing; 4) narrow the issues for review by the court; 5) explore
7  the possibility of settlement before the parties incur the expense of briefing a summary judgment
8  motion; and 6) to arrive at a Joint Statement of Undisputed Facts. The moving party shall initiate
9  the meeting and provide a draft of the Joint Statement of Undisputed Facts. In addition to the
10 requirements of Local Rule 260, the moving party shall file a Joint Statement of Undisputed
11 Facts. In the Notice of Motion, the moving party shall certify that the parties have met and
12 conferred as ordered above or set forth a statement of good cause for the failure to meet and
13 confer.

14     2.     The Pre-Trial conference is set for **Monday, November 20, 2020 at 1:30 PM** in
15 Courtroom 1, Eighth Floor before United States District Judge Ana de Alba. The parties are
16 ordered to file a **Joint Pretrial Statement pursuant to Local Rule 281(a)(2) no later than**
17 **November 13, 2023.** The parties are further directed to submit a digital copy of their Pretrial
18 Statement in Word format, directly to Judge de Alba's chambers by email at
19 ada.orders@caed.uscourts.gov. Counsels' attention is directed to **Rules 281 and 282 of the**
20 **Local Rules** for the Eastern District of California, as to the obligations of counsel in preparing for
21 the pre-trial conference. The Court will insist upon strict compliance with those rules. In
22 addition to the matters set forth in the Local Rules, the Joint Pretrial Statement shall include a
23 Joint Statement of the Case to be used by the Court to explain the nature of the case to the jury
24 during voir dire.

25     3.     The Jury Trial is set for Tuesday, **January 30, 2024 at 8:30 a.m.** in Courtroom 1
26 before United States District Judge Ana de Alba.

27     4.     The parties remain bound to follow all procedures previously set forth in the
28 Court's May 17, 2022 Case Management and Scheduling Order (Doc. No. 10) and shall comply

1 with all other deadlines in the May 17, 2022 Case Management and Scheduling Order except for
2 those explicitly amended by this Order.
3
4  Dated:    December 14, 2022
5                                                                   HELENA M. BARCH-KUCHTA
                                                                    UNITED STATES MAGISTRATE JUDGE